IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHANNON ROJAS,<br><br>    Defendant. | 8:21MJ190<br><br>ORDER FOR DISMISSAL |

  Upon the Motion of the United States (Filing No. 30), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Complaint against SHANNON ROJAS.

  IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. 30) is granted.

Dated this 2nd day of March, 2022.

BY THE COURT:

*signature*

MICHAEL D. NELSON
United States Magistrate Judge